ORDERED.

Dated: July 01, 2016

*Catherine McEwen*
Catherine Peek McEwen
United States Bankruptcy Judge

UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

In re:

**KATHLEEN SUSAN GLENN,**  Case No.: 8:15-bk-12505-CPM
 Chapter 13
 Debtor.
_____/

### AGREED ORDER GRANTING REGIONS BANK'S MOTION RELIEF FROM STAY [DOC. 16]

This case came on for consideration on the Motion for Relief from the Automatic Stay (the "**Motion**") filed by Regions Bank, successor by merger with AmSouth Bank ("**Movant**") (Document No. 16). By submission of this Order for entry, the submitting counsel represents that the opposing party consents to its entry. It is therefore:

ORDERED that

1. The Motion is granted.

2. The automatic stay arising by reason of 11 U.S.C. § 362 of the Bankruptcy Code is terminated as to Movant's interest in the following property:

> ALL THAT CERTAIN LAND IN PINELLAS COUNTY, FLORIDA, TO-WIT:
> LOT(S) 20, OF GREENHAVEN UNIT 4, AS RECORDED IN PLAT BOOK 107, PAGE 13 ET SEQ, OF THE PUBLIC RECORDS OF PINELLAS COUNTY, FLORIDA.

SUBJECT TO RESTRICTIONS, RESERVATIONS, EASEMENTS, COVENANTS, OIL, GAS OR MINERAL RIGHTS OF RECORD, IF ANY.

Known as: 1455 Whisper Wind Lane, Oldsmar, FL 34677.

(collectively referred to herein as the "**Property**").

3. This Order granting relief from stay is entered for the sole purpose of allowing Movant complete *in rem* relief to take any and all steps necessary to exercise any and all rights it may have in the Property, to gain possession of such Property, to have such other and further *in rem* relief as is just, and that Movant shall not obtain an *in personam* judgment against the Debtor.

4. This Order shall not be stayed pursuant to Fed. Bankr. R. 4001(a)(3).

5. This Court makes no determination that the Debtor has defaulted on the underlying obligation.

Attorney Starlett M. Massey is directed to serve a copy of this Order on interested parties who are non-CM/ECF users and file a proof of service within 3 days of the entry of this Order.