ORDERED.

Dated: September 02, 2016

_____
Catherine Peek McEwen
United States Bankruptcy Judge

UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

IN RE:

KATHLEEN SUSAN GLENN
AKA KATHLEEN S. ARTHUR,

        Debtor.
_____/

Case No.8:15-bk-12505-CPM
Chapter 7

ORDER GRANTING MOTION FOR RELIEF FROM STAY
FILED BY WELLS FARGO BANK, N.A.

**THIS CASE** came before the Court on negative notice pursuant to the *Motion for Relief from Automatic Stay to Enforce Final Judgement of Foreclosure* filed by Wells Fargo Bank, N.A. ("Secured Creditor") [D.E. #63], and no appropriate response having been filed in accordance with Local Rule 2002-4, it is:

**ORDERED:**

    1.    Secured Creditor's *Motion for Relief from Automatic Stay to Enforce Final Judgement of Foreclosure* is granted.

    2.    The automatic stay imposed by 11 U.S.C. §362 is terminated with respect to the real property located at **1455 Whisperwind Lane, Oldsmar, Florida 34677**, legally described as:

> LOT 20, GREENHAVEN UNTI-FOUR, ACCORDING TO THE MAP OR PLAT THEREOF, AS RECORDED IN PLAT BOOK 104, PAGE 13 THROUGH 15 INCLUSIVE, OF THE PUBLIC RECORDS OF PINELLAS COUNTY, FLORIDA.

3. This *Order Granting Motion for Relief from Stay* is entered for the sole purpose of allowing Secured Creditor to pursue its lawful *in rem* remedies against the subject property, and Secured Creditor shall neither seek nor obtain an in personam judgment against Debtor(s).

4. All communications sent by Secured Creditor in connection with proceeding against the property including, but not limited to, notices required by state law and communications to offer and provide information with regard to a potential Forbearance Agreement, Loan Modification, Refinance Agreement, Loss Mitigation Agreement, or other Loan Workout, may be sent directly to Debtor(s).

5. The Court in its discretion waives the fourteen (14) day stay of the Order Granting Motion for Relief from Stay pursuant to Rule 4001(a)(3) of the Federal Rules of Bankruptcy Procedure.

6. The Court makes no determination that the debtor has defaulted on the underlying obligation.

Attorney Wanda D. Murray is directed to serve a copy of this order on interested parties who are non-CM/ECF users and file a proof of service within 3 days of entry of the order.

Copies furnish to:

**DEBTOR ATTORNEY**
**(via electronic notice)**
Steven M Fishman
steve.fishman@verizon.net

**DEBTOR**
Kathleen Susan Glenn
1455 Whisper Wind Lane
Oldsmar, FL 34677

**TRUSTEE**
**(via electronic notice)**
Traci K. Stevenson
tracikstevenson@gmail.com

**UNITED STATES TRUSTEE**
**(via electronic notice)**
Office of the U.S. Trustee
USTPRegion21.TP.ECF@USDOJ.GOV